

# CHRIS DANIEL

01-15-508-CR

### HARRIS COUNTY DISTRICT CLERK

May 19, 2015

ANN LEE MOSELEY
ATTORNEY OF RECORD
2002 TIMBERLOCH PLACE #200
THE WOODLANDS, TX 77380

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 1:10:32 PM
CHRISTOPHER A. PRINE
Clerk

Defendant's Name:  JUAN ALEJANDRO VALDERAMA

Cause No:  1423465

Court:  178TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Defendant's <u>Notice of Appeal</u> on motion only- filed date:  7/23/2014  Ruling Made:**
**5/11/2015 -DENIED**
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:  ANN LEE MOSELEY**

Sincerely,

Leslie Charles
Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County,  Texas

     TAMMY ADAMS  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1423465

## THE STATE OF TEXAS

JUAN VALDERAMA V.
, A/K/A/ _____

178 **District Court / County Criminal Court at Law No.** _____

**Harris County, Texas**

**FILED**
Chris Daniel
District Clerk
MAY 11 2015
Time: _____
Harris County, Texas
By _____ Deputy

### NOTICE OF APPEAL - MTN to Suppress

**TO THE HONORABLE JUDGE OF SAID COURT:**

On 5/11/15 (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

**The undersigned attorney (check appropriate box):**

☒ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

| | |
|---|---|
| 5/11/15 | _____ |
| **Date** | **Attorney (Signature)** |
| Juan Valderama | Kirk J. Oncken |
| **Defendant (Printed name)** | **Attorney (Printed name)** |
| | 15280300 |
| | **State Bar Number** |
| | 1214 Heights Blvd |
| | **Address** |
| | (713) 447 9401 |
| | **Telephone Number** |

**The defendant (check all that apply):**

☒ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☒ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

| | |
|---|---|
| _____ | Juan Valderrama |
| **Defendant (Signature)** | **Defendant's Printed name** |

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ MAY 11 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___05/12/15___ the Court *having previously* conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

  ☐ employing counsel

  ☐ paying for a clerk's and court reporter's record.

  ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

  ☑ _____Ann Lee Moseley_____ (attorney's name & bar card number)
  is **APPOINTED** to represent defendant / appellant on appeal.

  ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ ___5,000.00___

☐ **TO CONTINUE** as presently set.

☐ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

**DATE SIGNED:** ___05/12/15___

_____
**JUDGE PRESIDING,**
_178th_ **DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO.** ___
**HARRIS COUNTY, TEXAS**

MAY 1 2 201_



Cause No. _142346S_

THE STATE OF TEXAS

v.

_Juan A. Valderama_, Defendant

IN THE 178TH DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☒ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

___ this certification is made subsequent to a revocation of probation or adjudication of guilt.

_David Mesty_                          Date _5(..(.(.5_ MAY 1 1 2015
Judge                                  Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: _15280300_

Mailing Address: _1214 Heights Bl_

Telephone number: _713 4475 49_

Fax number: _____

FILED
Chris Daniel
District Clerk
MAY 1 1 2015
Time: _____
Harris County, Texas
By_____
Deputy

---

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by a written motion filed

# APPEAL CARD

KK

**Court** 178    7-10-15    **Cause No.** 142345

The State of Texas
Vs
Juan Valderama (Mtn to Suppress)

**Date Notice**    5-11-15
**Of Appeal:**    5-11-2015

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** Mendoza, David
**Court Reporter** Adams, Tammy
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** Kirk Onken

**Attorney on Appeal** Ann Lee Moseley

**Appointed** ✓    **Hired**_____

**Offense** MAN/DEL CS PG 1 < 1grm.

**Jury Trial:**    Yes_____    No ✓

**Punishment Assessed** 4 yrs TDCJ $200 fine
Appeal Mtn to Suppress Denied

**Companion Cases (If Known)**_____

**Amount of Appeal Bond**_____

**Appellant Confined:**    Yes_____    No ✓

**Date Submitted To Appeal Section** 5-12-2015

**Deputy Clerk** Tania Williamson

Notice of Appeal Card Rev. 9/84